**Grace Jones, appellee, v. Boston Store of Chicago, appellant. Gen. No. 34,915.**

 Opinion filed October 19, 1931.

Moses, Kennedy, Stein & Bachrach and Lord, Wire & Cobb, for appellant; Hirsch E. Soble and Herbert H. Kennedy, of counsel. Stuart B. Krohn, Frederick A. Gariepy and V. Russell Donaghy, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**R. W. Graham et al., appellants, v. George C. Reid, appellee. Gen. No. 35,100.**

 Opinion filed October 19, 1931. Rehearing denied November 2, 1931.

Herbert J. Ferguson and George P. Hatch, for appellants; Herbert J. Ferguson, of counsel. Jones & Key, for appellee; Wm. Y. Key, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**John Tomaszkiewicz, a minor, by Anna Bartko, his mother and next friend, appellee, v. City of Chicago, appellant. Gen. No. 35,108.**

 Opinion filed October 19, 1931.

Francis X. Busch, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Murphy O. Tate, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**American Automatic Fire Protection Company, appellee, v. Mont Clare Building Corporation, appellant. Gen. No. 35,211.**

 Opinion filed October 19, 1931.

S. L. & Fred Lowenthal and Harry P. Munns, for appellant; Robert G. Phelps, of counsel. Harry S. Greenstein, for appellee; Harry F. Brewer, of counsel.

Mr. Justice McSurely delivered the opinion of the court.